**John Anthony SPENCER**
**Plaintiff-Appellant**

v.

**WARDEN FPC DULUTH; CO Anderson; CO Baker; CO Gravdal; CO Brian H; Unknown CO with CO Baker on 12-19-12; Mail Room Staff of Dec. 12, 2012; FPC Duluth; Chris Nickrenz; Patrick Thyen Defendants-Appellees**

No. 16-4142

United States Court of Appeals, Eighth Circuit.

Submitted: September 18, 2017

Filed: September 21, 2017

John Anthony Spencer, Pro Se

Bahram Samie, Assistant U.S. Attorney, U.S. Attorney's Office, District of Minnesota, Minneapolis, MN, for Defendants-Appellees

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

PER CURIAM.

Federal inmate John Spencer appeals the district court's[1] adverse grant of summary judgment in his civil rights action filed under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Following careful *de novo* review of the record, we agree with the district court that defendants were entitled to summary judgment on Spencer's due process, denial-of-court-access, and retaliation claims for the reasons cited in the magistrate judge's report. We also find no abuse of discretion in the denial of appointment of counsel. The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.